

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

August 22, 2007

**BY FAX: (914) 390-4085**
The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

*MEMO ENDORSED*
*Application Granted*
*So Ordered*
*9/13/07  Charles L. Brieant*
*USDJ*

Re:  *Duncan v. Sound Shore Medical Center, et al.*, 07 Civ. 3094 (CLB)

Dear Judge Brieant:

I write to respectfully request an adjournment of the mediation session, currently scheduled for September 6, 2007, in the above-referenced medical malpractice action. I have spoken with counsel for plaintiff, as well as counsel for co-defendant. We are in agreement that it would be more profitable if the mediation session were rescheduled to another date convenient to the Mediation Office prior to December 7, 2007.

The parties believe that discovery has not advanced to the point where mediation is likely to assist settlement. The Government only recently filed its Answer on August 20, 2007, and substantive discovery is at an early stage. No party has yet responded to any document requests or interrogaries, and the Government has not yet had the opportunity to conduct a medical examination of the plaintiff. Accordingly, the parties request that mediation be rescheduled to a date not later than December 7, 2007. The plaintiff and the co-defendant have consented to this request, which is the first request for adjournment of a mediation session in this case.

Thank you for your consideration.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:  *[signature]*
JOHN D. CLOPPER
Assistant United States Attorney
Telephone: (212) 637-2716
Facsimile: (212) 637-0033

cc: **BY FAX**
Court-Appointed Mediator

Mediation Office
Attn: Maria Sclafani
Fax: 212.805.0647

Michael Ronemus, Esq.
Ronemus & Vilensky
112 Madison Avenue
New York, NY 10016
Fax: 212.889.3978

Paul Colucci, Esq.
Kaufman, Borgeest &Ryan LLP
200 Summit Lake Drive
Valhalla, NY 10595
Fax: 914.741.0025

2