UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ENASHA MURPHY, an infant by her mother and
natural guardian, ORIANA DUNCAN, and ORIANA
DUNCAN, individually,

                                                                                                  07 Civ. 3094 (CLB)

                              Plaintiff,

                                                                                         **RULE 7.1 STATEMENT**

    -against-

SOUND SHORE MEDICAL CENTER OF
WESTCHESTER and THE UNITED STATES OF
AMERICA,

                              Defendants.
------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that SOUND SHORE MEDICAL CENTER OF WESTCHESTER has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated:  New York, New York
          October 30, 2007

                                          Respectfully submitted,

                                          KAUFMAN BORGEEST & RYAN LLP

                                          By: _____
                                          Paul J. Colucci (PJC 4085)
                                          Attorneys for Defendant
                                          Sound Shore Medical Center of Westchester
                                          200 Summit Lake Drive
                                          Valhalla, New York 10595
                                          (914) 741-6100

651190

TO:  Ronemus & Vilensky
*Attorney for Plaintiff*
112 Madison Avenue, 2nd Floor
New York, New York 10016
Tel.:   212-779-7070

Michael J. Garcia
United States Attorney for the
Southern District of New York
John D. Clopper, Assistant US Attorney
86 Chambers Street
New York, NY 10007
tel. 212-637-2716
fax. 212-637-0033

651190