

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 11, 2007

**BY FEDERAL EXPRESS**
Michael Ronemus
Ronemus & Vilensky
112 Madison Avenue
New York, NY 10016

Paul Colucci
Kaufman, Borgeest & Ryan
200 Summit Lake Drive
Valhalla, NY 10595

      Re:    *Duncan v. Sound Shore Medical Center*, 07 Civ. 3094 (CLB)

Gentlemen:

    Pursuant to the Government's request, Judge Brieant has scheduled a conference in the above-referenced case for Friday, December 21, 2007 at 9 a.m.

    Thank you for your attention to this matter.

                                Respectfully,

                                MICHAEL J. GARCIA
                                United States Attorney

                By:      /s/ John D. Clopper
                                JOHN D. CLOPPER
                                Assistant United States Attorney
                                Telephone: (212) 637-2716
                                Facsimile: (212) 637-0033

cc:    **BY FEDERAL EXPRESS**
       The Honorable Charles L. Brieant
       United States District Judge
       United States Courthouse
       300 Quarropas Avenue, Room 275
       White Plains, New York 10601