

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

January 3, 2008

**BY FEDERAL EXPRESS**
The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

       Re:    *Duncan v. Sound Shore Medical Center*, 07 Civ. 3094 (CLB)

Dear Judge Brieant:

      I write to respectfully request that the Court enter the enclosed proposed scheduling order. The proposed order – which has been consented to by all parties – reflects the discovery deadlines that were agreed upon by the parties at the conference held with the Court on December 21, 2007.

      Thank you for your consideration of this request.

                                  Respectfully,

                                  MICHAEL J. GARCIA
                                  United States Attorney

                By:   *[signature]*
                         JOHN D. CLOPPER
                         Assistant United States Attorney
                         Telephone: (212) 637-2716
                         Facsimile: (212) 637-0033

cc:    BY FEDERAL EXPRESS
        Michael Ronemus
        Ronemus & Vilensky
        112 Madison Avenue
        New York, NY 10016

        *Attorney for plaintiffs Oriana Duncan and Enasha Murphy*

Paul Colucci
Kaufman, Borgeest & Ryan
200 Summit Lake Drive
Valhalla, NY 10595
pcolucci@kbrlaw.com

*Attorney for defendant Sound Shore Medical Center*