UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENASHA MURPHY, an infant by her mother and natural guardian, ORIANA DUNCAN, and ORIANA DUNCAN, individually,

                        Plaintiffs,

     v.

SOUND SHORE MEDICAL CENTER OF WESTCHESTER and UNITED STATES OF AMERICA,

                        Defendants.

07 Civ. 3094 (CLB)

## SCHEDULING ORDER

WHEREAS, the Court held a conference with the parties on December 21, 2007 regarding discovery in the above-captioned case;

WHEREAS, the parties desire to set forth the discovery schedule agreed upon in open Court on December 21, 2007 in a written order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following schedule will govern discovery in the above-captioned case:

    1.    Co-defendant Sound Shore Medical Center shall respond to the Government's August 1, 2007 discovery requests no later than January 14, 2008;

    2.    Depositions of parties (and employees of parties) shall be concluded by February 29, 2008;

    3.    Depositions of experts shall be concluded by April 11, 2008;

4.    Any further interrogatories, including expert interrogatories, shall be served no later than March 14, 2008;

5.    Requests to admit shall be served no later than March 14, 2008;

6.    All discovery shall be completed by April 18, 2008;

7.    The next court conference shall be March 14, 2008, at a time set by the Court.

Dated: New York, New York
      January 3, 2008

By: _____  
Michael Ronemus  
Ronemus & Vilensky  
112 Madison Avenue  
New York, NY 10016  
Tel.: (212) 779-7070  
Fax: (212) 889-3978  

ATTORNEY FOR PLAINTIFFS

By: _____  
Paul Colucci  
Kaufman, Borgeest & Ryan  
200 Summit Lake Drive  
Valhalla, NY 10595  
Tel.: (914) 741-6100  

ATTORNEY FOR SOUND SHORE  
MEDICAL CENTER

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York  

By: _____  
John D. Clopper  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Tel: (212) 637-2716  
Fax: (212) 637-0033  

ATTORNEY FOR UNITED STATES OF AMERICA

SO ORDERED THIS ___ DAY OF January, 200_.

_____  
THE HONORABLE CHARLES L. BRIEANT  
UNITED STATES DISTRICT JUDGE

2