

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

April 14, 2008

**BY FAX: 914.390.4085**
The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

      Re:    *Duncan v. Sound Shore Medical Center*, 07 Civ. 3094 (CLB)

Dear Judge Brieant:

      I write to respectfully request that the Court reschedule the upcoming pretrial conference in the above-referenced case. A conference is currently scheduled for April 18, 2008 at 9:00 a.m. In order to accommodate the travel schedule of an opposing party in another case, counsel for the Government would like to schedule a deposition on April 18. Accordingly, the Government respectfully requests that the Court reschedule the upcoming conference for April 25, 2008 at 9:00 a.m.

      I have contacted counsel for plaintiffs and counsel for co-defendants, and both have consented to rescheduling the conference. Thank you for your consideration of this request.

                              Respectfully,

                              MICHAEL J. GARCIA
                            United States Attorney

By:    _____
                            JOHN D. CLOPPER
                            Assistant United States Attorney
                            Telephone: (212) 637-2716
                            Facsimile: (212) 637-0033

cc: <u>BY FEDERAL EXPRESS</u>
Michael Ronemus
Ronemus & Vilensky
112 Madison Avenue
New York, NY 10016

*Attorney for plaintiffs Oriana Duncan and Enasha Murphy*

Paul Colucci
Kaufman, Borgeest & Ryan
200 Summit Lake Drive
Valhalla, NY 10595
pcolucci@kbrlaw.com

*Attorney for defendant Sound Shore Medical Center*