

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

June 3, 2008

**MEMO ENDORSED**

**BY FAX: 914.390.4085**
The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

*[Handwritten endorsement: Application granted. Trial of this action is adjourned from July 11, 2008 to September 12, 2008 for 9:70 AM. Charles L. Brieant 6/9/08 USDJ]*

Re: *Duncan v. Sound Shore Medical Center*, 07 Civ. 3094 (CLB)

Dear Judge Brieant:

    On behalf of all parties, I write to respectfully request that the Court extend the deadline for completing discovery for a period of two months – from June 18 to August 18, 2008. The parties have completed written discovery and depositions of parties, and are currently conducting depositions of non-party witnesses. In addition, plaintiff – who currently resides in Florida – is scheduled to meet with the Government's vocational and rehabilitation expert on June 18. During the next two months, the parties propose to undertake mediation and complete expert discovery. The Court has already referred the case for mediation.

    In order to facilitate the orderly completion of expert discovery, and to allow adequate time to engage in mediation, the parties request that the Court modify the discovery schedule in this case to include the following deadlines:

1.     June 11 – Last day for plaintiff to serve expert reports;

2.     July 4 – Last day for defendants to serve expert reports;

3.     July 25 – Last day to depose plaintiff's experts;

4.     August 18 – Last day to depose defendants' experts.

Thank you for your consideration of this request.

>Respectfully,
>
>MICHAEL J. GARCIA
>United States Attorney
>
>By: _____
>JOHN D. CLOPPER
>Assistant United States Attorney
>Telephone: (212) 637-2716
>Facsimile: (212) 637-0033

cc:  BY FEDERAL EXPRESS
Michael Ronemus
Ronemus & Vilensky
112 Madison Avenue
New York, NY 10016

*Attorney for plaintiffs Oriana Duncan and Enasha Murphy*

Paul Colucci
Kaufman, Borgeest & Ryan
200 Summit Lake Drive
Valhalla, NY 10595
pcolucci@kbrlaw.com

*Attorney for defendant Sound Shore Medical Center*