**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



DUNCAN

                                            NOTICE OF REASSIGNMENT

         -V-
                                            7:07 CV 3094(KMK)(MDF)

SOUND SHORE MEDICAL

------------------------------------X


     Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is reassigned to the calendar of


     JUDGE: KENNETH M. KARAS

     All future documents submitted in this action shall bear the
assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a
copy of the Notice of Reassignment on all defendants.

                                    J. Michael McMahon, CLERK

Dated: 08/26/2008
                              by: _____
                                         Deputy Clerk



CC:   Attorneys of Record

CASE REDESIGNATED TO: MARK D. FOX


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

                                            Revised: September 9, 2004